# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NOGALES INVESTORS MANAGEMENT, LLC,** ) ) ) **Plaintiff,** ) ) **V.** ) ) **BK ENTERTAINMENT, INC., and** ) **WELLS FARGO FOOTHILL, INC.,** ) ) **Defendants.** ) | **CASE NO: 8:06CV53** **STRIKE ORDER** |

The Court orders that Document Number 4 and Document Number 5 be stricken from the record for the following reason:

- The Court lacks subject matter jurisdiction, and the motions are moot.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 4 and Document Number 5 from the record.

DATED this 14th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge