## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NOGALES INVESTORS MANAGEMENT, LLC,** | ) ) ) | **CASE NO: 8:06CV53** |
| **Plaintiff,** | ) ) | |
| V. | ) ) ) | **STRIKE ORDER** |
| **BK ENTERTAINMENT, INC., and WELLS FARGO FOOTHILL, INC.,** | ) ) ) | |
| **Defendants.** | ) | |

The Court orders that Document Number 4 and Document Number 5 be stricken from the record for the following reason:

- The Court lacks subject matter jurisdiction, and the motions are moot.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 4 and Document Number 5 from the record.

DATED this 14th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge